UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

### TRUSTEE'S SUPPLEMENTAL REPORT

CASE NO.:   18-53126-LRC

DEBTOR:   TONYIA RENEE BRASWELL

At the hearing on Confirmation held on May 15, 2018, Trustee requested that the hearing be reset to July 10, 2018. However, Trustee also announced an agreement that if Debtor failed to bring funding current, provide proof of all post-petition mortgage payments and provide a copy of the most recently filed tax return within ten (10) days, Trustee may request dismissal by filing a Supplemental Report prior to the date of the reset hearing.

**THE TRUSTEE HAS REVIEWED THE CASE AS INSTRUCTED AND**

Funding remains delinquent.

Debtor has failed to provide proof of all post-petition mortgage payment(s)

Debtor has failed to provide a copy of the most recently filed return.

Please enter an Order of Dismissal.

Dated:   This the ___7__ day of June, 2018.

/s/
Mandy K. Campbell,
GA Bar No. 142676
Attorney for the Chapter 13 Trustee
260 Peachtree Street, Suite 200
Atlanta, GA 30303
678-510-1444

Melissa J. Davey, Chapter 13 Trustee
Suite 200 - 260 Peachtree Street, N.W.
Atlanta, Georgia  30303
(678) 510-1444

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| TONYIA RENEE BRASWELL | ) ) ) | CASE NO.: 18-53126-LRC |
| DEBTOR. | ) ) | |

18-53126-LRC               **CERTIFICATE OF SERVICE**

This is to certify that I have this day served:

DEBTOR(S):

TONYIA RENEE BRASWELL
1998 FAITH COVE
ATLANTA, GA  30349

DEBTOR(S) ATTORNEY:

SLIPAKOFF & SLOMKA, PC
OVERLOOK III, SUITE 1700
2859 PACES FERRY RD, SE
ATLANTA, GA  30339

in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

June  7  ,2018

/s/
Mandy Campbell
GA Bar No. 142676
Attorney for Melissa J. Davey, Chapter 13 Trustee
260 Peachtree Street, NW, Suite 200
Atlanta, GA 30303
Telephone:  678-510-1444
Facsimile:   678-510-1450